## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 12, 2014

Mr. Alan B. Havis
Law Offices
25505 W. Twelve Mile Road
Suite 1000
Southfield, MI 48034-0000

Re:  Case No. 14-2022, *Shoshana Hebshi v. USA, et al*
Originating Case No. : 4:13-cv-10253

Dear Counsel,

This appeal has been docketed as case number **14-2022** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **August 26, 2014**.

Appellant:   Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Transcript Order
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                              Sincerely yours,


                              s/Roy G. Ford
                              Case Manager
                              Direct Dial No. 513-564-7016

cc:  Ms. Lynn Marie Dodge
     Ms. Kathryn Bruner James
     Ms. Lindsey A. Kaczmarek

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 14-2022**

SHOSHANA HEBSHI

      Plaintiff - Appellee

v.

MARK DeBEAU; OFFICER CHARLES JOHNSON; OFFICER KEVIN GRANT; OFFICER TOYA PARKER and DETECTIVE JOHN CARMONA, all in their individual capacities,

and

UNITED STATES OF AMERICA; et al

Defendants