OFFICE OF THE CIRCUIT MEDIATORS
# United States Court of Appeals
## For The Sixth Circuit

331 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

Paul B. Calico
*Chief Circuit Mediator*
Roderick M. McFaull
Mariann Yevin
Robert S. Kaiser

Telephone (513) 564-7330
Fax (513) 564-7349

August 21, 2014

Kathryn Bruner James, Esq.
Alan B. Havis, Esq.
T. Joseph Seward, Esq.

Re: *Shoshana Hebshi v. USA, et al*, CA Nos. 14-2019; 14-2022

### CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the **telephone** mediation conference currently scheduled for **September 4, 2014**, is hereby **CANCELED**. This may be reset at a future date.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc:   Robert S. Kaiser