UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __14-2022__

Case Name: __Shoshana Hebshi__ vs. __United States, et al.__

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

> Shoshana Hebshi

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☒ Appellee    ☐ Respondent   ☐ Intervenor      (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Shelli L. Calland__   Admitted: __May 22, 2008__
(Sixth Circuit admission date only)

Signature: __s/ Shelli L. Calland__

Firm Name: __Covington & Burling LLP__

Business Address: __1201 Pennsylvania Avenue, NW__

Suite: _____   City/State/Zip: __Washington, DC  20004__

Telephone Number (Area Code): __(202) 662-5480__

Email Address: __scalland@cov.com__

---

**CERTIFICATE OF SERVICE**

I certify that on __August 26. 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Shelli L. Calland__

---