UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __14-20 2 2__

Case Name: __Shoshana Hebshi__ vs. __United States of America, et al.__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

> Shoshana Hebshi

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Michael J. Steinberg__  Admitted: __08/05/1992__
(Sixth Circuit admission date only)

Signature: __/s/ Michael J. Steinberg__

Firm Name: __American Civil Liberties Union of Michigan__

Business Address: __2966 Woodward Avenue__

Suite: _____ City/State/Zip: __Detroit, MI 48201__

Telephone Number (Area Code): __313-578-6814__

Email Address: __msteinberg@aclumich.org__

---

**CERTIFICATE OF SERVICE**
I certify that on __August 27, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Brenda Bove__