UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: **14-2022**

Case Name: **Shoshana Hebshi** vs. **United States, et al.**

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Shoshana Hebshi

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: **Sarah Tremont**   Admitted: **March 2011**
(Sixth Circuit admission date only)

Signature: **s/ Sarah Tremont**
Firm Name: **Covington & Burling LLP**
Business Address: **1201 Pennsylvania Avenue, NW**
Suite: ___   City/State/Zip: **Washington, DC  20004**
Telephone Number (Area Code): **(202) 662-5538**
Email Address: **stremont@cov.com**

---

**CERTIFICATE OF SERVICE**

I certify that on **August 26. 2014** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Sarah Tremont**

---