CA No. 14-2019; 14-2022

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| *14-2019*<br>SHOSHANA HEBSHI,<br>　　　Plaintiff – Appellee,<br>v.<br>OFFICER JEREMY BOHN; CAPTAIN PATRICK DRISCOLL; CORPORAL MICHAEL BRADLEY; LIEUTENANT MICHAEL WASIUKANIS, all in their individual capacities,<br>　　　Defendants – Appellants,<br>and<br>UNITED STATES OF AMERICA; FRONTIERAIRLINES, INC.; JOHN BRAND,; UNKNOWN FBI AGENT 1; UNKNOWN FBI AGENT 2; MARK DEBEAU; OFFICER GRANT; TOYA PARKER; DT. CARMONA; OFFICER JOHNSON,; UNKNOWN CBP OFFICER; DAVID LAKATOS; NATHANIAL DEVINS; UNKNOWN TSA AGENT 1; UNKNOWN TSA AGENT 2,; ROBERT BALL; UNKNOWN ICE OFFICER; PAUL BRUMLEY<br>Defendants.<br><br>*14-2022*<br>SHOSHANA HEBSHI,<br>　　　Plaintiff – Appellee,<br>v.<br>MARK DeBEAU; OFFICER CHARLES JOHNSON; OFFICER KEVIN GRANT; OFFICER TOYA PARKER and DETECTIVE JOHN CARMONA, all in their individual capacities,<br>　　　Defendants – Appellants,<br>and<br>UNITED STATES OF AMERICA; et al,<br>Defendants. | **STIPULATION TO DISMISS** |

　　　Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

| | |
|---|---|
| _____.<br>14-2019<br>Douglas J. Curlew, Esq.<br>Attorney for Appellants,<br>JEREMY BOHN; PATRICK DRISCOLL; MICHAEL BRADLEY; MICHAEL WASIUKANIS | _____.<br>14-2019; 14-2022<br>Michael Jay Steinberg, Esq.<br>Attorney for Appellee,<br>SHOSHANA HEBSHI |

_____.
14-2022
Alan B. Havis, Esq.
Attorney for Appellants,
MARK DeBEAU; CHARLES JOHNSON; KEVIN GRANT; TOYA PARKER; JOHN CARMONA

**CERTIFICATE OF SERVICE**

　　　The electronic signature above certifies that all counsel of record have been electronically served with this document as of the date of filing.